UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| STEVEN EARL ROBY | ) | |
| SHEILA LYNN ROBY | ) | CASE NO. R09-40491-MGD |
| | ) | |
| DEBTOR(S) | ) | |

**NOTICE OF INTENT TO PAY LATE-FILED CLAIM**

Comes now, Mary Ida Townson, Chapter 13 Trustee, in the above styled case and files herewith her **NOTICE OF INTENT TO PAY LATE-FILED CLAIM**. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| Name and Address of Creditor | Claim Amount | Classification |
|---|---|---|
| CITIMORTGAGE, INC<br>P.O. Box 6941<br>The Lakes, NV 88901 | $3,280.82<br>PLUS INTEREST @ 0.00 | MORTGAGE ARREAR |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the right of the Debtor(s) or Debtor(s)' attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar No. 715063
100 PEACHTREE STREET, SUITE 2700
ATLANTA, GA 30303
(404) 525-1110

## CERTIFICATE OF SERVICE

R09-40491-MGD

This is to Certify that I have this day served

    STEVEN EARL ROBY
    82 VINEYARD DRIVE
    DALLAS, GA  30132

    SHEILA LYNN ROBY
    82 VINEYARD DRIVE
    DALLAS, GA  30132

    PERROTTA CAHN & PRIETO, P.C.
    5 S. PUBLIC SQUARE
    CARTERSVILLE, GA  30120

    CITIMORTGAGE, INC
    P.O. Box 6941
    The Lakes, NV  88901

with a copy of the foregoing Notice of Intent to Pay Late-Filed Claim by depositing in the

United States Mail a copy of same in a properly addressed envelope with adequate

postage thereon.

DATED: 9/17/2009

                                                      /S/
                                      MARY IDA TOWNSON, TRUSTEE
                                      100 PEACHTREE STREET, SUITE 2700
                                      ATLANTA, GA  30303
                                      (404) 525-1110